IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 911 NOTIFY, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>LIFEWATCH, INC. d/b/a LIFEWATCH-USA,<br><br>     Defendant. | C.A. No. 13-277-LPS |

**AFFIDAVIT OF SERVICE OF**
**SUMMONS AND COMPLAINT**

STATE OF DELAWARE  )
           ) SS:
COUNTY OF NEW CASTLE )

Stephen B. Brauerman, Esquire deposes and states:

1. I am a member in good standing of the Bar of the State of Delaware, and a director at Bayard P.A., Delaware counsel for plaintiff 911 Notify, LLC ("Plaintiff") in this action.

2. On February 21, 2013, I caused a true and correct copy of the original summons and complaint in this action to be served upon defendant Lifewatch, Inc. ("Defendant") by Certified Mail, Article No. 7011 2970 0003 0811 3975, at the following address:

> Lifewatch, Inc.
> c/o Evan Sirlin
> 266 Merrick Road
> Lynbrook, New York 11563.

3. Upon mailing the summons and complaint, I received a return receipt indicating that on February 23, 2013, Defendant signed for the Certified Mail. Copies of the original postal receipt and original return receipt are attached as Exhibit A.

_____
Stephen B. Brauerman (#4952)

SWORN TO AND SUBSCRIBED before me this 8th day of March, 2013.

_____
Notary Public
**TIFFANY NICOLE MATTHEWS**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires Sept. 27, 2016